UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CREATIVE TOUCH INTERIORS, INC.,

    Plaintiff,

v.                                    Case No:   6:14-cv-2043-Orl-40TBS

CARL NICHOLSON, CHAD ROY, JOHN
WUNDER, JR. , CUMI FOX, ADVANCED
FLOORING AND DESIGN OF NORTH
FLORIDA, LLC and ADVANCED
FLOORING & DESIGN, LLC,

    Defendants.

## ORDER

On September 9, 2015, the Court held a hearing on the following matters, and for the reasons stated on the record it is **ORDERED** that:

On Plaintiff's Motion to Compel and Memorandum of Law in Support (Doc.69):

(1) Plaintiff's request for certain USB drives associated with Defendants Chad Roy and Cumi Fox and to independently inspect said USB drives is **DENIED**.

(2) Plaintiffs' requests Nos. 22-25 for telephone records is **GRANTED in part.** Defendant shall produce telephone records of calls pertaining to specific telephone numbers of customers and suppliers identified by Plaintiff.   Plaintiff shall furnish the telephone numbers to Defendants within 7 days from the date of this Order.   Defendants shall provide the telephone records for any of the requested telephone numbers within 21 days thereafter.   If Defendants object to any telephone number submitted by Plaintiff and the parties are unable to resolve the dispute, it can be brought to the Court.   In all other respects, the motion to compel requests Nos. 22-25 is **DENIED**.

(3) Concerning Defendants' responses to document requests in which they state that they "will produce responsive documents, if any," the Defendants shall provide an amended response within 21 days.   The amended response shall state whether any responsive documents exist, whether the documents have been produced, which documents are responsive to which document requests, and if responsive documents have not already been produced, they shall be produced at this time.

(4)   Defendant's state that they do not have any forensic reports.   Based on this representation, no further action by the Court on this issue is required.

(5)   Plaintiff's request No. 54 is **GRANTED** to the extent it seeks pricing data for DR Horton and subsidiaries that is utilized in Central Florida.   Defendant shall produce the requested documents for copying and inspection within 21 days from the date of this Order.   In all other respects the motion to compel this request is **DENIED**.

(6)   Plaintiff withdrew the remainder of its motion to compel.

Defendant's Motion to Extend Dispositive Motion Deadline (Doc. 73) is **DENIED**. Defendants have not shown that manifest injustice will result from the denial of the motion and, if the motion was granted, the Court would not have sufficient time to rule on dispositive motions in advance of the trial date.

**DONE** and **ORDERED** in Orlando, Florida on September 9, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record